UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Victor Bernard Perkins,                                             Civil No. 16-1070 (PAM/FLN)

    Plaintiff,

v.                                                                                         **ORDER**

Dr. Shelly Stanton,

    Defendant.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Franklin L. Noel, filed January 27, 2017. The R&R recommended that this Court deny Plaintiff's Motion to Appoint Counsel and grant Defendant's Motion to Dismiss. Plaintiff has not objected to the R&R in the time permitted.

According to statute, the Court must conduct a de novo review of any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); D. Minn. L.R. 72.2(b). Because Plaintiff failed to object, the Court adopts the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R (Docket No. 26) is **ADOPTED**;

2. Plaintiff's Motion to Appoint Counsel (Docket No. 18) is **DENIED**;

3. Defendant's Motion to Dismiss (Docket No. 19) is **GRANTED**; and

4. This matter is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 28, 2017                    *s/Paul A. Magnuson*
                                                                  Paul A. Magnuson
                                                                  United States District Court Judge